# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 15, 2019

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

    Re:  Daverne Michael Foy
          v. United States
          No. 18-8349
          (Your No. 17-50908)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 15, 2019

Ms. Jeannette Clack
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 17-50908   USA v. Daverne Foy
                     USDC No. 1:17-CR-172-1

Dear Ms. Clack,

Enclosed is a copy of the Supreme Court order denying certiorari.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Stacy M. Carpenter, Deputy Clerk