# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 29, 2021
Lyle W. Cayce
Clerk

No. 20-50429
1:17-cr-172 (1) SS

United States of America,

*Plaintiff—Appellee,*

versus

Daverne Michael Foy,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:19-CV-748

_____

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of March 29, 2021, for want of prosecution. The appellant failed to timely comply with certificate of appealability requirements.

No. 20-50429

                    LYLE W. CAYCE  
                    Clerk of the United States Court  
                    of Appeals for the Fifth Circuit

By: _____  
      Monica R. Washington, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT
---

No. 20-50429

                    LYLE W. CAYCE  
                    Clerk of the United States Court  
                    of Appeals for the Fifth Circuit

By: _____  
    Monica R. Washington, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

2

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 29, 2021

Ms. Jeannette Clack
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 20-50429   USA v. Foy
                          USDC No. 1:19-CV-748

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Monica R. Washington, Deputy Clerk
                          504-310-7705

cc w/encl:
    Mr. Daverne Michael Foy
    Mr. Joseph H. Gay Jr.